# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA
# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | SUSAN HALL |
| **Case Number:** | 2:08-bk-08009-SSC    **Chapter:** 13 |
| **Date / Time / Room:** | TUESDAY, APRIL 14, 2009 01:30 PM   7TH FLOOR #701 |
| **Bankruptcy Judge:** | SARAH SHARER CURLEY |
| **Courtroom Clerk:** | WANDA GARBERICK |
| **Reporter / ECR:** | ANDAMO PURVIS |

## Matter:

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY WACHOVIA MORTGAGE CORPORATION

**R / M #:**   17 / 0

## Appearances:

REGINALD L. COOKE, ATTORNEY FOR SUSAN HALL
LEONARD J. MCDONALD, ATTORNEY FOR WACHOVIA MORTGAGE CORP.

## Proceedings:

Mr. McDonald and Mr. Cooke state that parties need to resolve an accounting issue and a continuance would be in the best interest of everyone.

COURT: IT IS ORDERED CONTINUING THIS HEARING MAY 26, 2009 AT 1:30 P.M.