# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA
# Minute Entry

## Hearing Information:

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | SUSAN HALL | | |
| **Case Number:** | 2:08-bk-08009-SSC | **Chapter:** | 13 |
| **Date / Time / Room:** | TUESDAY, MAY 26, 2009 01:30 PM   7TH FLOOR #701 | | |
| **Bankruptcy Judge:** | SARAH SHARER CURLEY | | |
| **Courtroom Clerk:** | WANDA GARBERICK | | |
| **Reporter / ECR:** | ANDAMO PURVIS | | |

## Matter:

CONTINUED PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY WACHOVIA MORTGAGE CORPORATION

**R / M #:**   17 / 0

## Appearances:

REGINALD L. COOKE, ATTORNEY FOR SUSAN HALL
LEONARD J. MCDONALD, ATTORNEY FOR WACHOVIA MORTGAGE CORP.

## Proceedings:

Mr. McDonald states that this matter has been resolved by a six month cure stipulation, with late fees to be waived.

COURT: THE COURT NOTES THAT THE PARTIES WILL FILE THEIR WRITTEN STIPULATION BY JUNE 3, 2009.